IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 SEIU WELFARE FUND and LOCAL 25 SEIU & PARTICIPATING EMPLOYERS PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL FACILITY MAINTENANCE, INC.,<br><br>Defendant. | Case No. 07 C 6841<br><br>Judge Ronald A. Guzman |

## NOTICE OF MOTION

TO: Mr. Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 W. Jackson
Suite 1900
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 8th day of January, 2008, at the hour of 9:30 a.m., the undersigned counsel shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in courtroom 1219 of the U.S. District Court, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and there and then present the attached Motion for Extension of Time in Which to Answer or Otherwise Plead, a copy of which is hereby served upon you.

Respectfully submitted,

TOTAL FACILITY MAINTENANCE, INC.

By: _____
One of its attorneys

BISCHOFF PARTNERS, LLC
217 N. Jefferson, Suite 600
Chicago, Illinois 60661
(312) 466-9100

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn, upon oath deposes and states that she served the foregoing Notice of Motion and Motion upon the aforementioned counsel, by U.S. Mail on this 21st day of December, 2007 at or before the hour of 5:00 p.m.

_____

SUBSCRIBED AND SWORN TO
before me this 21st day of December, 2007.

_____
Notary Public

"OFFICIAL SEAL"
KERRI A. SULLIVAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/5/2009