**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Local 25 S.E.I.U. Welfare Fund, et al.
                           Plaintiff,

v.                                               Case No.: 1:07−cv−06841
                                                        Honorable Ronald A. Guzman

Total Facility Maintenance, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant Total Facility Maintenance, Inc. for extension of time to file answer or otherwise plead [9] is granted to and including 1/28/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.