IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 SEIU WELFARE FUND and <br> LOCAL 25 SEIU & PARTICIPATING <br> EMPLOYERS PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> TOTAL FACILITY MAINTENANCE, INC., <br><br> Defendant. | Case No. 07 C 6841 <br><br> Judge Ronald Guzman |

## NOTICE OF FILING

TO:  Mr. Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 W. Jackson
Suite 1900
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 28th day of January, 2008, the undersigned counsel caused to be filed Defendant's ANSWER to Plaintiffs' Complaint with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, a copy of which is hereby served upon you.

Respectfully submitted,

TOTAL FACILITY MAINTENANCE, INC.

By: _____
One of its attorneys

BISCHOFF PARTNERS, LLC
217 N. Jefferson, Suite 600
Chicago, Illinois 60661
(312) 466-9100

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, upon oath deposes and states that she served the foregoing Notice of Filing and Answer upon the aforementioned counsel, by U.S. Mail on this 28th day of January, 2008 at or before the hour of 5:00 p.m.

_____

SUBSCRIBED AND SWORN TO
before me this 28th day of January, 2008.

_____
Notary Public

"OFFICIAL SEAL"
KERRI A. SULLIVAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/5/2009