IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 SEIU WELFARE FUND and<br>LOCAL 25 SEIU & PARTICIPATING<br>EMPLOYERS PENSION TRUST,<br><br>      Plaintiffs,<br><br>      v.<br><br>TOTAL FACILITY MAINTENANCE, INC.,<br><br>      Defendant. | Case No. 07 C 6841<br><br>Judge Ronald Guzman |

### INITIAL JOINT STATUS REPORT

Plaintiffs LOCAL 25 SEIU WELFARE FUND and LOCAL 25 SEIU & PARTICIPATING EMPLOYERS PENSION TRUST ("Plaintiffs") and Defendant TOTAL FACILITY MAINTENANCE, INC. ("Defendant"), by their attorneys, submit the following Initial Status Report:

A.   <u>Nature of the Case</u>

Plaintiffs' Complaint is brought against Defendant asserting violations of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C., Secs. 1132(g)(2), (a)(3), and 1145, stemming from an alleged failure to pay contributions to employee funds pursuant to a collective bargaining agreement. Defendant has filed its Answer to the Complaint denying the majority of the allegations.

Defendant is seeking to resolve this matter with Plaintiffs. To that end, the parties have already discussed settlement. Defendant believes that it is entitled to certain credits and the parties are working out this issue. Should the parties be unable to resolve this matter, they would propose the following Scheduling Order.

B.   <u>Preparation of Draft Scheduling Order</u>

(1) Joinder of parties and amendments to pleadings are to be made by May 6, 2008;

(2) Motions relating to the pleadings are to be brought by April 15, 2008;

(3) Discovery to be completed by November 28, 2008;

(4) Status hearing to be held June 13, 2008, at which time the parties are to advise the Court whether a settlement/pre-trial conference is requested;

(5) Final pre-trial conference date of January 15, 2009;

(6) Trial date of January 26, 2009.

C.  Trial Status

Neither party has requested a jury.

D.  Settlement Status

The parties have had initial settlement discussions and are currently working toward resolving this matter in short order.

Respectfully submitted,

| LOCAL 25 SEIU WELFARE FUND<br>LOCAL 25 SEIU & PARTICIPATING<br>EMPLOYERS PENSION TRUST | TOTAL FACILITY MAINTENANCE, INC. |
|---|---|
| By: /s/Robert Greenberg<br>One of their Attorneys | By: /s/Monica Forte<br>One of its Attorneys |
| ASHER, GITTLER, GREENFIELD &<br>D'ALBA, LTD.<br>200 W. Jackson, Suite 1900<br>Chicago, Illinois 60606<br>(312) 283-1500 | BISCHOFF PARTNERS, LLC<br>217 N. Jefferson, Suite 600<br>Chicago, Illinois 60661<br>(312) 466-9100 |