UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Local 25 S.E.I.U. Welfare Fund, et al.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06841
                                            Honorable Ronald A. Guzman

Total Facility Maintenance, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:All matters in controversy having been settled, the above−entitled case is hereby dismissed with prejudice and without costs, all costs having been paid. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.