# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6841 | DATE | 4/4/2008 |
| CASE TITLE | LOCAL 25 S.E.I.U. WELFARE FUND, et al vs. TOTAL FACILITY MAINTENANCE, INC. | | |

**DOCKET ENTRY TEXT**

Enter order of dismissal.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|