THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 25 S.E.I.U. WELFARE FUND,            )
LOCAL 25 S.E.I.U. & PARTICIPATING          )
EMPLOYERS PENSION TRUST,                   )
                                           )
            Plaintiffs,                    )
                                           )
v.                                         )   NO. 07 C 6841
                                           )
TOTAL FACILITY MAINTENANCE,                )   Judge Guzman
INC., an Illinois Corporation,             )
                                           )   Mag. Judge Keys
            Defendant.                     )

## ORDER

This cause coming on to be heard, and it appearing to the Court that all matters in controversy for which said action was brought have been fully settled and compromised pursuant to agreement of the parties, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above cause of action be and it is hereby dismissed with prejudice and without costs, all costs having been paid.

DATED: 4/04/08                 ENTER:

                               _____
                               JUDGE, U.S. DISTRICT COURT

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558